## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No. 3:07cr41/LAC

**TODD RANDAL MAUPIN**

_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture, inter alia, of all property of the defendant, **TODD RANDAL MAUPIN**, constituting, or derived from, proceeds obtained directly or indirectly from the violation set forth in Counts One and Two, of said Indictment and/or property used or intended to be used to commit or promote the commission of the offense set forth in said Indictment charging **TODD RANDAL MAUPIN** in Count One with knowingly possessing material that contained images of child pornography as described in Title 18, United States Code, Section 2256(8)(A), in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and in Count Two with knowingly and intentionally receiving and attempting to receive material, namely images containing child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

AND WHEREAS, on or about April 20, 2007, defendant, **TODD RANDAL MAUPIN,** pled guilty to Counts One and Two, and agreed to the forfeiture set forth in the Indictment with regard to defendant's interest in the specifically below described property;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a preliminary order of forfeiture against all of the defendant's interest in said property, pursuant to Title 18, United States Code, Section 2253, and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **TODD RANDAL MAUPIN's** right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is described in Exhibit A attached hereto.  (see Exhibit A)

3. That the United States is hereby directed to publish notice of this forfeiture and of it's intent to dispose of said property, and to the extent practicable, to provide direct written notice to all persons known to have alleged an interest in said property, pursuant to Title 18, United States Code, Section 2253.

4. That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 18, United States Code, Section 2253, the United

States shall dispose of said property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 3rd day of July, 2007.

                                                                         *s/L.A. Collier*
                                                                         LACEY A. COLLIER
                                                                          UNITED STATES DISTRICT JUDGE