IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:07cr41/LAC

TODD RANDAL MAUPIN,

_____

FINAL ORDER OF FORFEITURE
AS TO DEFENDANT TODD RANDAL MAUPIN

WHEREAS, on July 3, 2007, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to the indictment in this action, and the attached forfeiture provision thereto, of the property described in Exhibit A attached hereto. (see Exhibit A);

AND WHEREAS, pursuant to Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **TODD RANDAL MAUPIN** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

FILED IN OPEN COURT THIS
7/10/07
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

IT IS HEREBY ORDERED:

That all of defendant **TODD RANDAL MAUPIN's** right, title and interest in the property described in Exhibit A is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 10th day of July 2007.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE

2