IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                  **Case No. 3:07cr41/LAC**

**TODD RANDAL MAUPIN,**

_____

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS AND ENTITIES

WHEREAS, on July 10, 2007, the Court entered a Final Order of Forfeiture As

To Defendant **TODD RANDAL MAUPIN,** pursuant to the provisions of Title 18,

United States Code, Section 2256, based upon the defendant's guilty plea to Count One

of the Indictment in this action, and his consent to the forfeiture of all assets used or

derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture

and Planned Disposition in Pensacola News Journal on July 20, 2007, of the intent of the

United States to dispose of the real property in accordance with Title 18, United States

Code, Section 2256, and further notifying all third parties of their right to petition the

Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal

interest in the real property.

AND WHEREAS, no claims or petitions, have been filed for the property

described in this Court's Final Order of Forfeiture as to defendant **TODD RANDAL**

**MAUPIN,** entered July 10, 2007, and the time for filing petitions expired on August 20, 2007, thirty (30) days after the publication on July 20, 2007, pursuant to Title 18, United States Code, Section 2256. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America.

2.      That the property which is subject to forfeiture in this Order is as follows:

**Miscellaneous Computer Equipment**

3.      That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on July 3, 2007, and said forfeiture is now final.

4.      That the United States Marshal shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 9th day of October, 2007.


s/L. A. Collier
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE